147 A.3d 409

## WILLIAMS

v.

## JACKSON

**No. 289, Sept.Term, 2016**

Court of Appeals of Maryland.

October 31, 2016

Opinion of the Court of Special Appeals unreported (No. 1016, Sept. Term, 2013).

Petition for writ of certiorari denied.

■

147 A.3d 409

## WILLIAMS

v.

## WILLIAMS

**Pet. Docket No. 302, Sept. Term, 2016**

Court of Appeals of Maryland.

October 31, 2016

Opinion of the Court of Special Appeals unreported (No. 2207, Sept. Term, 2015).

Petition for writ of certiorari denied.